CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 26 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **YUKON POCAHONTAS COAL COMPANY and SAYERS-POCAHONTAS COAL COMPANY,**  Plaintiffs, | Civil Action No. 1:05cv00001 |
| v. | **ORDER** |
| | By: GLEN M. WILLIAMS  Senior United States District Judge |
| **CONSOLIDATION COAL COMPANY,**  Defendant. | |

    This case is before the court on defendant's Motion to Stay. (Docket Item No. 8.) Oral argument was heard on the motion on May, 18, 2005. Defendant urges the court to stay the case pursuant to the *Colorado River* abstention doctrine because, it argues, a parallel action is being litigated in an arbitration proceeding between plaintiff and Island Creek Coal Company. *See* Defendant's Memorandum in Support of its Motion to Stay, (Docket Item No. 9), at 6; *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 813 (1976).

    Suits are considered parallel "if substantially the same parties litigate substantially the same issues in different forums." *Al-Abood ex rel. Al-Abood v. El-Shamari*, 217 F.3d 225, 232 (4th Cir. 2000) (quoting *New Beckley Min. Corp. v. Int'l*

*Union, United Mine Workers of Am.*, 946 F.2d 1072, 1073 (4th Cir. 1991)). Defendant has not met that burden here. Defendant is not a party to the arbitration which it alleges is the parallel proceeding, and has not demonstrated to this court that it is "substantially the same party" as Island Creek Coal Company. The *Colorado River* abstention doctrine cannot apply here. Thus, the defendant's Motion to Stay is hereby DENIED. The Clerk is directed to send certified copies of this Order to all counsel of record.

DATED: This 26th day of May, 2005.

GLEN M. WILLIAMS
Senior United States District Judge